## Schedule A: Proposed Schedule

| | AGREED Dates | HUSQVARNA'S Proposed Dates | TORO'S Proposed Dates |
|---|---|---|---|
| Rule 16 Scheduling Conference | 1-14-2016 | | |
| Fed. R. Civ. P. 26(a)(1) disclosures | 2-12-2016 | | |
| Plaintiffs to identify accused product(s) and its damages model, and produce file history | 2-12-2016 | | |
| Disclosures pursuant to paragraph 3 of the Default Standard | 2-29-2016 | | |
| Defendant to produce the core technical documents and sales figures for the accused product(s) | 3-14-2016 | | |
| Status conference (para. 1(c)(4)) | To be set by the Magistrate Judge | | |
| Plaintiffs to produce an initial claim chart | 4-13-2016 | | |
| Defendant to produce initial invalidity contentions and produce references | 5-13-2016 | | |
| Parties shall exchange lists of claim terms in need of construction along with their respective proposed constructions | 6-17-2016 | | |
| Parties shall file a Joint Claim Construction Statement | 7-15-2016 | | |
| Paper and electronic document discovery to be completed | 8-5-2016 | | |
| Plaintiffs shall serve and file their opening brief on claim construction | 8-5-2016 | | |
| Defendant shall serve and file its answering claim construction brief | 9-2-2016 | | |
| Plaintiffs shall serve and file their reply claim construction brief | 9-16-2016 | | |
| Defendant shall serve and file its surreply claim construction brief | 9-30-2016 | | |
| All motions to join other parties and/or to amend pleadings shall be filed | 10-7-2016 | | |
| Claim construction hearing  11/18/16 @ 1:00 | ~~Week of 10-17-2016~~ | | |
| Court issues claim construction ruling  1/5/17 | | ~~11-28-2016~~ | ~~1-6-17~~ |

| | | | |
|---|---|---|---|
| Plaintiffs will provide final infringement contentions | 12-21-2016 | | |
| Defendant will provide final invalidity contentions | 1-5-17 | | |
| Parties will finally supplement the identification of all accused products and of all invalidity references | 1-5-17 | | |
| Status conference to discuss the scope of the case and potential limits on expert discovery | 1/26/17 @ 4:30 | Week of 2-6-2017 | Week of 1-9-17 |
| Fact discovery to be completed | 12/31/16 | 2-28-2017 | 1-31-17 |
| Expert reports on issues for which the parties have the burden of proof to be served | 3-31-2017 | | |
| Rebuttal expert reports to be served | 4-28-2017 | | |
| Supplemental reports – secondary considerations of obviousness | 5-12-2017 | | |
| Expert discovery to be completed | 6-12-2017 | | |
| In-person status conference regarding expert discovery issues | Week of June 26, 2017 | | |
| Summary judgment motions to be filed | 7-7-2017 | | |
| Summary judgment briefing | July-September 2017 | | |
| Parties to serve on each other a list of each fact witness they intend to call at trial | 7-21-2107 | | |
| Parties to serve on each other a list of rebuttal fact witnesses they intend to call at trial | 8-18-2017 | | |
| Oral argument on summary judgment motions | 9-15-2017 at 9:30 AM | | |
| Pretrial conference | 12-20-2017 at 4:00 PM | | |
| Trial (5 day jury trial) | 1-16-2018 | | |

22480822
011516