IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUSQVARNA AB and HUSQVARNA PROFESSIONAL PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TORO COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 15-856-SLR |

**APPENDIX OF EXHIBITS IN SUPPORT OF
<u>PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF</u>**

<u>**VOLUME 1 – Exhibits 5–8**</u>

*Of Counsel:*

Joseph R. Re
David Jankowski
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
(949) 760-0404

Karen Vogel Weil
Hans L. Mayer
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Blvd., Sixteenth Floor
Los Angeles, CA 90067
(310) 551-3450

Dated:  August 5, 2016

John W. Shaw (No. 3362)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com

*Attorney for Plaintiffs/Counterdefendants
Husqvarna AB and Husqvarna
Professional Products, Inc.*

-i-

## TABLE OF CONTENTS

| Exhibit No. | Description | Appendix Page Nos. |
|---|---|---|
| 5 | Claims of U.S. Patent 9,055,713 With Elements Labeled And Disputed Claim Terms Highlighted | A0001–A0009 |
| 6 | U.S. Patent No. 6,082,083 | A0010–A0028 |
| 7 | U.S. Patent Application Publication No. US 2004/0168424 | A0029–A0047 |
| 8 | Excerpt from the Collins Dictionary (11th ed. 2011) published by HarperCollins Publishers | A0048–A0052 |

23940110