IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUSQVARNA AB and HUSQVARNA PROFESSIONAL PRODUCTS, INC., ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | Civ. No. 15-856-SLR |
| THE TORO COMPANY, ) ) ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 2nd day of September, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on August 11, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 77) is adopted.

2. Defendant's motion to transfer (D.I. 26) is denied.

_____
United States District Judge